UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WILLIAM JOHN JAMES,                    )    CASE NO. ED CV 11-1589-JHN (PJW)
                                       )
                Petitioner,            )
                                       )    J U D G M E N T
        v.                             )
                                       )
RANDY GROUNDS, WARDEN,                 )
                                       )
                Respondent.            )
_____)

    Pursuant to the Order Accepting Findings, Conclusions, and
Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is
dismissed with prejudice.

    DATED:    April 27, 2012.


                                    _____
                                    JACQUELINE H. NGUYEN
                                    UNITED STATES DISTRICT JUDGE




C:\Temp\notesE1EF34\Judgment.wpd